# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

January 14, 2020

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 19-14450-J
Case Style: Quwanda Phillips v. FedEx Ground Package System
District Court Docket No: 6:19-cv-01356-RBD-LRH

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J
Phone #: (404) 335-6183

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-14450-J

_____

QUWANDA CANNION PHILLIPS,

                            Plaintiff - Appellant,

versus

FEDEX GROUND PACKAGE SYSTEM, INC.,
a.k.a. Fed Ex,
a.k.a. The Company,

                            Defendant - Appellee,

FEDEX GROUND CORPORATION, et al.,

                            Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Quwanda Cannion Phillips failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in this court within the time fixed by the rules, effective January 14, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Davina C Burney-Smith, J, Deputy Clerk

FOR THE COURT - BY DIRECTION